THE STATE EX REL. THOMAS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Thomas v. Indus. Comm.* (1999), 85 Ohio St.3d 86.]

(No. 98–870—Submitted February 9, 1999—Decided March 24, 1999.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jon D. Grandon,* Assistant Attorney General, for appellee.

---

The motion for this court to reconsider its judgment entry and decision in *State ex rel. Thomas v. Indus. Comm.* (1999), 84 Ohio St.3d 370, 703 N.E.2d 1280, is granted.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, J., **dissenting.** I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.